[Civ. No. 6761. Second Appellate District, Division One.—July 24, 1929.]

EARL F. SNOWDEN, Respondent, v. C. E. CONNOR et al., Appellants.

Earl E. Howard and Albert J. Sherer for Appellants.

Fred E. Peterson and Berge Lion for Respondent.

THE COURT.— ██ The notice of appeal was filed more than sixty days after entry of judgment, and more than thirty days after denial of the motion for a new trial. This was too late. (Code Civ. Proc., sec. 939; *Schainman* v. *Kierce,* 199 Cal. 249 [248 Pac. 905].)

The motion is granted and the appeal is dismissed.